LT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

KERWINN CROSS
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

SGt. Starcwezk

SGt. Zurella

John/Jane Doe (Dietary Supervisor)

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

JUN 3 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 CV 05294
(To be supplied by the <u>Clerk of this Court</u>)

**AMENDED COMPLAINT**

CHECK ONE ONLY:

  √  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

  A. Name: Kerwinn Cross

  B. List all aliases: N/A

  C. Prisoner identification number: 20130705118

  D. Place of present confinement: Cook County Jail

  E. Address: 2600 S. California Chi, Il, 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Sgt Zurella

   Title: Seargent in the County Jail

   Place of Employment: CCDOC

  B. Defendant: Sgt Starcwzeck

   Title: Seargent in the Court Bldg

   Place of Employment: Cook County Criminal Courts Bldg

  C. Defendant: Jane / John Doe

   Title: Dietary Supervisor

   Place of Employment: CCDOC

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant: Thomas Dart.
Title: Sheriff of Cook County
Place of Employment: Cook County municipal corporation

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Kerwinn Cross v Thomas Dart, et al   15-cv-03903

   B. Approximate date of filing lawsuit: approx April 1st 2015

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kerwinn Cross

   D. List all defendants: Thomas Dart, Cook County municipal corporation

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

   F. Name of judge to whom case was assigned: Andrea Wood

   G. Basic claim made: unconstitutional conditions of confinement

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

   I. Approximate date of disposition: Unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

A. Name of Case  Kerwinn Cross v Thomas Dart  14-CV-07464

B. Approx Date of filing  8-12-14

C. List all plaintiffs  ~~[scribbled out]~~  Kerwinn Cross

D. List all defendants  Thomas Dart, Sgt. Crump, Lupe-Covino, Sgt Doty

E. Court where filed  Northern District of Illinois

F. Name of Judge  Andrea Wood

G. Basic Claim made  Unconstitutional Conditions of Confinement

H. Disposition of Case  Dismissed

I. Approx Date of disposition.  5-11-15

List all lawsuits you have filed

A. Name and Docket number of case  Kerwinn Cross v Dr Montgomery et. al  14-CV-06580

B. approximate Date of filing lawsuit  appx 8-19-14

C. List all plaintiffs  Kerwinn Cross

D. List all defendants  Dr Montgomery, C-o Max, C-o acevedo

E. Court where filed  Northern District of Illinois

F. Name of Judge  Andrea Wood

G. Basic Claim made  Deliberate indifference to dental needs

H. Disposition  Pending

I. Approximate Date of disposition  unknown

A. Name of case and Docket number: Kerwinn Cross v Jane Doe et/al, 15-cv-03904

B. Approximate Date of filing lawsuit: Approx 5-12-15

C. List all plaintiffs: Kerwinn Cross

D. List all defendants: Jane Doe, CO Pizan, Thomas Dart

E. Court where filed: Northern District of Illinois

F. Name of Judge: Andrea Wood

G. Basic Claim made: Deliberate indifference to mental health needs

H. Disposition of case: Pending

I. Approx Date of disposition: unknown

List all lawsuits

A. Name of Case  Kerwinn Cross v Thomas Dart et al 14-cv-06783
B. Approx Date of filing  Approx 8-12-14
C. List all plaintiffs  Kerwinn Cross
D. List all defendants  Thomas Dart
E. Court where filed  Northern District
F. Name of Judge  Andrea Wood, Young B Kim
G. Basic Claim Made  Deliberate indifference to dental needs
H. Disposition of Case  Dismissed
I. Approx Date of disposition  10-26-15

List all Lawsuits you have filed

A. Name of Case: Kerwinn Cross V Anita alverez, Et al. 15-CV-04802

B. Approximate Date of filing: approx 5-12-15

C. List all plaintiffs: Kerwinn Cross

D. List all defendants: Anita alverez, Jennifer Dillman, Detective Watkins.

E. Court where filed: Northern District of Illinois

F. Name of Judge: Milton I Shadur

G. Basic Claim made: Violation of Due process

H. Disposition of Case: Dismissed

I. Date of Disposition: Approx 8-15-15

List all Lawsuits

A. Name of Case: Kerwinn Cross v J. Mueller et al 15-cv-03905

B. Approximate Date of Filing: Approx 5-1-15

C. List all plaintiffs: Kerwinn Cross

D. List all Defendants: J. Mueller, Theresa Olso, R. Hubbs

E. Court where Filed: Northern District of Illinois

F. Name of Judge: Andrea Wood

G. Basic Claim made: Violation of First amendment Freedom of religous Practice

H. Disposition of Case: Pending

I. Approximate Date of disposition: unknown

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am on a Faith Based Vegan Diet. Everytime I go to Court I am denied a lunch meal because vegan trays are not provided in the Court Bldg, nor is a tray held back for me in my living unit. Also, several times on Court dates and other dates a dinner tray hasn't been sent for me as well. I am indigent so any missed meal seriously affects me. I have grieved this issue to no avail. I have also complained and brought this to staff members attention repeatedly and was consistently told there was nothing they could do about me not being fed. On 4-25-15 while being escorted to Court I informed Sgt Zurella that every time I go to Court I don't get fed lunch and asked him could he get a tray for me. He told me this was not his job. I told him that the C/O's told me to speak with a Sgt. and he replied that he wouldn't bother with it. Having arrived at the Court Bldg I explained the same situation to Sgt Sterzwzeck and he told me that he

4                                          Revised 9/2007

doesn't deal with that. Neither of these Sgt's tried to assist me at all after being informed that every time I go to Court I don't get a meal while every one else gets fed. Thus both were deliberately indifferent to my need to be provided with a meal. Also on this day for the 4th time no dinner was sent to the unit for me. Along with the two Sgts the dietary Supervisor is also responsible because it is his/her duty to ensure a meal is sent for me. I have grieved this issue so they are aware of the problem. This is an ongoing issue with myself and also throughout the Bldg and the two subsequent court dates I've had since the aforemention date on this complaint I haven't been provided a meal ~~~~ So the disregard continues even after multiple grievances on the issue. My only choice is therefore redress to the Court. Being that these are not isolated instances but a recurring trend. Sheriff Dart is Named only in his official Capacity in order to identify the John / Jane Doe Defendant. Thank you

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Compensator damages as the Court see's fit against all defendants to ensure that this violation of Detainees rights cease

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __June__, 20__16__

__/s/ Kerwin Cross Sr.__
(Signature of plaintiff or plaintiffs)

__Kerwinn A. Cross Sr.__
(Print name)

__20130705118__
(I.D. Number)

__Cook County Jail__
__PO Box 089002__
__Chicago Il 60608__
(Address)